186 So.2d 157

### Herman THIBODEAUX

v.

### PARKS EQUIPMENT COMPANY, The Travelers Insurance Company, Humble Oil and Refining Company and Ashbury S. Parks.

No. 48034.

Feb. 4, 1966.

In re: Herman Thibodeaux applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 185 So.2d 232.

Writ refused. On the facts found by the Court of Appeal as to the defendants' alleged negligence and plaintiff's alleged contributory negligence the decree dismissing plaintiff's suit is correct.

■

186 So.2d 157

### Vera TOOLEY, Divorced wife of Ronald J. PENNISON,

v.

### Ronald J. PENNISON.

No. 48021.

Feb. 4, 1966.

In re: James J. Morrison applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 185 So.2d 532.

For opinion on application for rehearing see 187 So.2d 745.

For Supreme Court opinion of reversal see 187 So.2d 747

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

McCALEB, J., recused.